FILED
JAN - 4 2007
JAN 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | **07CV51** |
| | ) | **JUDGE GUZMAN** |
| | ) | **MAG. JUDGE KEYS** |
| v. | ) | |
| | ) | |
| MIDWEST OPERATING | ) | JURY TRIAL DEMANDED |
| ENGINEERS, LOCAL 150, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Now comes, the Plaintiff, Mary Lopez ("Lopez"), by and through her attorneys, Barry A. Gomberg & Associates, Ltd., and complaining of the Defendant, Midwest Operating Engineers, Local 150, states as follows:

### COUNT I-AMERICANS WITH DISABILITIES ACT

1. Lopez brings this cause pursuant to the Americans with Disabilities Act, 42 U.S.C.A. 12101 et seq., and the Civil Rights Act of 1991. Jurisdiction also arises pursuant to 28 U.S.C. 1343(4).

2. Lopez has filed this cause subsequent to the timely filing of a Charge of Discrimination based on disability and perceived disability with the Illinois Department of Human Rights and the Equal Employment Opportunity Commission, a true and correct copy of which is attached hereto and incorporated herein as Exhibit A.

3. Lopez has filed this cause pursuant to a Right to Sue Letter issued by the Equal Employment Opportunity Commission within the statutory time requirements, a true and correct copy of which is attached hereto as Exhibit B.

4. Lopez, at all times relevant hereto, was a disabled person as defined by 42 U.S.C.A. § 12102(2).

5. Lopez, at all times relevant hereto, was regarded as being disabled by her employer.

6. Defendant, at all times relevant hereto, operated and did business within the venue and jurisdiction of this judicial circuit and was an employer as defined by 42 U.S.C.A. § 12111(5).

7. Lopez was employed in various capacities for Respondent, and most recently as a Claims Adjuster until she was forced to resign on or about October 5, 2005.

8. In direct violation of the Americans with Disabilities Act, 42 U.S.C.A. §12101 et seq., Defendant, by its agents and employees, engaged in the discriminatory acts described in the Charge of Discrimination attached hereto as Exhibit A and incorporated herein by reference.

9. As a result of Defendant's discriminatory conduct as aforesaid, Lopez has suffered injury to her career as well as emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, and other non-pecuniary losses for which she is entitled to compensatory damages pursuant to 42 U.S.C. § 1981a.

10. Defendant's discriminatory conduct, as aforesaid, was done with malice and/or with reckless indifference to Lopez's civil rights. Lopez is therefore entitled to punitive damages pursuant to 42 U.S.C. § 1981a.

**WHEREFORE**, Plaintiff Mary Lopez prays for judgment against Defendant Midwest Operating Engineers, Local 150 as follows:

A. For an award of compensatory damages for injury to Plaintiff's career, emotional pain, suffering, inconvenience, mental anguish and loss of enjoyment of life, lost wages and other non-pecuniary damages;

B. For an award of punitive damages and lost wages in an amount to be determined at the time of trial;

C. For reinstatement, instanter, with all pay, benefits and privileges Plaintiff had before her employment ended;

D. For front pay, with all pay, benefits and privileges she had before she was forced to retire, if the Court deems reinstatement *instanter* to be inappropriate;

E. For attorney's fees and costs of this suit, including expert witness fees;

F. For pre-judgment interest in an amount to be determined at the time of trial; and

G. For such other relief as is just and equitable.

Respectfully submitted,

MARY LOPEZ

By: _____
One of Her Attorneys

Barry A. Gomberg
Brian S. Schwartz
BARRY A. GOMBERG & ASSOC., LTD.
53 West Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550

3

U.S. GPO 1985 0 482 051

| CHARGE OF DISCRIMINATION | ENTER CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy ct Statement on reverse before completing this form | ☒ IDHR<br>☒ EEOC 2006CF2212 |

## ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC
(State or local Agency, if any)

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Mary Lopez | (708) 233-1434 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 9352 S. 82nd Street | Hickory Hills, Illinois | Cook |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Midwest Operating Engineers, Local 150 | 15+ or more | (708) 482-7300 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 6150 Joliet Road | Countryside, Illinois 60525 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ AGE  ☐ RETALIATION  ☒ OTHER (Specify) Disability | (Month, day, year) October 11, 2005 |

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

DEPT. OF HUMAN RIGHTS
INTAKE UNIT
FEB 02 2006
RECEIVED
BY

1. Respondent hired me in 1996.

2. The last position I held while working for Respondent was Claims Adjuster.

3. I am disabled under the Illinois Human Rights Act and the Americans with Disabilities Act. I have incurable Multiple Sclerosis.

4. On or about October 5, 2005, I was forced to resign from my position and avail myself of early retirement benefits because Respondent would not accommodate my disability.

5. I also resigned due to the stress and hostility directed toward me by Respondent when I informed them that I could not work mandatory overtime per doctor's orders.

5. Over the written opinion and objection of my treating physician, Respondent required me to work mandatory overtime.

6. Based on my physician's instructions, I informed Defendant that I needed to be exempted from working mandatory overtime.

7. In all other regards, my work performance was meeting the Respondent's legitimate expectations.

8. Similarly situated non-disabled employees have been treated more favorably than me.

9. As a result of the aforementioned, I have suffered extreme emotional distress and suffered pecuniary losses.

10. Respondent has also regarded me as being someone with a disability.

11. Respondent previously accommodated my disability, but suddenly insisted that I work mandatory overtime, even though there were other employees to cover my shift.

**PLAINTIFF'S EXHIBIT A**

| ☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br>DELICIA DEAN<br>MY COMMISSION EXPIRES<br>AUGUST 15, 2009 | SIGNATURE OF COMPLAINANT<br>X 01/31/06<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)



| To: | From: |
|---|---|
| Ms. Mary Lopez<br>9352 S. 82nd Street<br>Hickory Hills, Illinois<br><br>Certified Mail No. 7003 3110 0004 0947 6096<br>(CP Attorney) | Equal Employment Opportunity<br>Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-01182 | Nola Smith, State/Local Coordinator | (312) 886-5973 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*    12/14/06

John P. Rowe, District Director    (Date Mailed)

Enclosure(s)

cc: Midwest Operating Engineers, Local 150



PLAINTIFF'S EXHIBIT B