**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Mary Lopez

                                   Plaintiff,

v.                                                                                  Case No.: 1:07−cv−00051
                                                                                 Honorable Arlander Keys

Midwest Operating Engineers, Local 150

                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 17, 2009:

      MINUTE entry before the Honorable Arlander Keys: Pursuant to the stipulation of Plaintiff, MARY LOPEZ, and the Defendant,MIDWEST OPERATING ENGINEERS WELFARE FUND, this case is ordered dismissed with prejudice and without costs, all matters in controversy having been resolved between the parties.Civil case terminated. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.